IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 16-cv-00395-PAB-MJW

ESTATE OF VIOLA MAY SEARCY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge Michael J. Watanabe filed on March 28, 2016 [Docket No. 19]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 19 at 4; *see* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 28, 2016. No party has objected to the Recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  For the foregoing reasons, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 19] is **ACCEPTED**.  It is further

**ORDERED** that the United States' Response in Opposition to Motion to Quash and Set Aside Notice of Levy [Docket No. 11], which is construed as a motion to remand, is **GRANTED**.  It is further

**ORDERED** that plaintiff's Motion to Quash [Docket No. 3] is **DENIED** insofar as the Court has no jurisdiction to grant the relief requested.  It is further

**ORDERED** that this case be **REMANDED** to Mesa County Combined Courts where it was filed as Case No. 2015-PR-82.

DATED April 15, 2016.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).